```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00869
    EMERLINE JONES
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2395


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 01/15/2008 and was not confirmed.

   The case was dismissed without confirmation 04/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
BENEFICIAL               SECURED NOT I     10550.59             .00            .00
HSBC AUTO FINANCE        SECURED VEHIC      9525.00             .00            .00
HSBC AUTO FINANCE        UNSECURED          5337.27             .00            .00
WELLS FARGO BANK         CURRENT MORTG          .00             .00            .00
WELLS FARGO BANK         MORTGAGE ARRE      6000.00             .00            .00
ALLIANCE ONE RECEIVABLES UNSECURED         NOT FILED            .00            .00
APPLE FAST CASH PERSONAL UNSECURED         NOT FILED            .00            .00
BENEFICIAL/HOUSEHOLD FIN UNSECURED         NOT FILED            .00            .00
CASH ADVANCE NET         UNSECURED         NOT FILED            .00            .00
EAST SIDE LENDERS        UNSECURED         NOT FILED            .00            .00
FIRST CASH ADVANCE       UNSECURED         NOT FILED            .00            .00
GENEVA ROTH VENTURES     UNSECURED         NOT FILED            .00            .00
HSBC NV/GM CARD          UNSECURED         NOT FILED            .00            .00
LOAN MACHINE             UNSECURED         NOT FILED            .00            .00
NATIONAL CREDIT ADJUSTER UNSECURED         NOT FILED            .00            .00
NCO FINANCIAL SYSTEM     UNSECURED         NOT FILED            .00            .00
*NICOR GAS               UNSECURED         NOT FILED            .00            .00
WORLD FINANCIAL NETWORK  UNSECURED           638.77             .00            .00
ZIPCASH LOANS            UNSECURED         NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT        10.50             .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,500.00                            .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                             287.04

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              287.04

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00

                  PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00869 EMERLINE JONES
```

```
DEBTOR REFUND                                                           287.04
                                          ---------------    ---------------
TOTALS                                             287.04             287.04
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
   Dated: 01/28/09                       _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE